## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re:                                          )
                                                )
DENNIS E. HECKER,                               )   Bankruptcy Case No. 09-50779
                                                )
        Debtor.                          )
                                                )
_____         )
                                                )
CHRYSLER FINANCIAL SERVICES                     )
AMERICAS LLC,                                    )   Civil No. 09-3694 DSD
                                                )
        Plaintiff,                        )
                                                )   Adv. Pro. No. 09-05019
        v.                                )
                                                )
DENNIS E. HECKER,                               )
                                                )
        Defendant.                       )

### STIPULATION AND ORDER FOR DISMISSAL OF APPEAL

        The undersigned, on behalf of their respective clients, hereby stipulate that (1) the appeal of the bankruptcy court order denying Defendant, Dennis E. Hecker's motion to disqualify the lawyers for Plaintiff, Chrysler Financial Services Americas LLC (Doc 1-1) is moot, (2) the appeal should be dismissed in its entirety, and (3) Hecker's motion for leave to appeal the bankruptcy court's order is withdrawn.

Dated: May 1, 2009                    By:  /s/Barbara J. May        
                                            Barbara J. May (129869)
                                      2780 N. Snelling #102
                                      Roseville, MN 55113
                                      Telephone: 651-486-8887
                                      Attorney for Defendant, Dennis E. Hecker

1

Dated: May 3, 2010

GRAY, PLANT, MOOTY, MOOTY &
  BENNETT, P.A.


By   /s/Nicholas N. Nierengarten
      Nicholas N. Nierengarten (#79169)
      Stephen F. Grinnell (#37928)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone:  612-632-3040
Facsimile:  612-632-4040

MAYER BROWN LLP
      Howard J. Roin (admitted pro hac vice)
      Stuart M. Rozen (admitted pro hac vice)
71 South Wacker Drive
Chicago, Illinois  60606
Telephone:  312-782-0600

Attorneys for Plaintiff, Chrysler Financial
Services Americas LLC


## ORDER

Based on the foregoing stipulation, it is hereby Ordered that Defendant's appeal is

dismissed in its entirety and with prejudice without costs or disbursements to either party.


Dated:_____            _____
                               David S. Doty
                               Judge, United States District Court


GP:2771941 v1

2