```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
```

In re:

Dennis E. Hecker,                           Case No. 09-50779
                                            Chapter 7
         Debtor.                            Hon. Robert J. Kressel

_____

Chrysler Financial Services                 Civil No. 09-3694(DSD)
Americas LLC,

         Plaintiff,

v.                                          **ORDER**

Dennis E. Hecker,

         Defendant.


     Based upon a review of the file, record and proceedings herein, and for the following reasons, the court dismisses this action as moot. The background of this case is fully set forth in appellee Chrysler Financial Services Americas LLC's ("Chrysler") supplemental memorandum. (See Doc. No. 5.) In summary, on December 9, 2009, Dennis E. Hecker ("Hecker") appealed a November 25, 2009, order by United States Bankruptcy Judge Robert J. Kressel denying Hecker's motion to disqualify Chrysler's counsel in bankruptcy case number 09-50779. Chrysler moved to dismiss Hecker's appeal on December 23, 2009. Since then, there have been no substantive filings or activities in this case. Moreover, Judge Kressel entered judgment in the bankruptcy proceeding on February 23, 2010, and Hecker did not appeal. Chrysler indicates that Hecker does not oppose dismissal of the appeal in the instant case.

Accordingly, the court determines that Hecker's appeal is moot and **IT IS HEREBY ORDERED** that this action is dismissed in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 19, 2010

                                          s/David S. Doty  
                                          David S. Doty, Judge  
                                          United States District Court